IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

COREY WHITE                                                                                          PLAINTIFF

V.                                                                                                   1:02CV23-P-A

VICKY RUSSELL, ET AL.                                                                                DEFENDANT

## ORDER

This matter comes before the court on the plaintiff's failure to respond to the court's order of January 20, 2006, for the plaintiff to show cause why this case should not be dismissed. The plaintiff had previously failed to return to the court the form acknowledging receipt of the court's September 8, 2004, February 24, 2005, April 11, 2005, May 23, 2005, and October 5, 2005 orders. The plaintiff can no longer be found at the address he gave to the court, and this case cannot proceed in an orderly fashion under these circumstances.

The instant case is hereby **DISMISSED** with prejudice for failure to prosecute and for failure to follow an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 21st day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE